# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

|  |  |
|---|---|
| BONNIE HEBERT and<br>PATRICK HEBERT,<br><br>  Plaintiffs,<br><br>v.<br><br>WALLET RECOVERY LTD. d/b/a<br>WALLET INTERNATIONAL,<br><br>  Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CASE NO.: 5:13-CR-64 (WLS)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Presently pending before the Court is Defendant's Motion to Set Aside Default (Doc. 7) and Plaintiff's Motion to Strike (Doc. 9). As a business entity, Defendant cannot proceed without the assistance of licensed counsel. *See* 28 U.S.C. § 1654; *Rowland v. Ca. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202-03 (1993); *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985). However, Defendant's Motion to Set Aside Default, and Defendant's Answer and all accompanying exhibits, were filed by Defendant's President, who is not licensed to practice in this Court. (*See* Docs. 7, 8, 8-1—8-11.) Therefore, Defendant's Motion to Strike (Doc. 9) is **GRANTED** and Defendant's Motion to Set Aside Default (Doc. 7), and Defendant's Answer (Doc. 8) and all accompanying exhibits (Docs. 8-1—8-11), are hereby **STICKEN.** Also, because Defendant's Answer and accompanying exhibits contain unredacted telephone numbers, addresses, and personal financial information, Defendant's Answer (Doc. 8) and all accompanying exhibits (Docs. 8-1—8-11) are hereby

2

**SEALED** pursuant to Federal Rule of Civil Procedure 5.2 and M.D. Ga. Local Rule 5.4.

Based on the foregoing, Defendant's Motion to Set Aside Default (Doc. 7) is **DENIED.**

   **SO ORDERED**, this  5th  day of November, 2013.

                              /s/ W. Louis Sands
                              **W. LOUIS SANDS, JUDGE**
                              **UNITED STATES DISTRICT COURT**

2